**CGFD33** (9/19/08)



ORDERED in the Southern District of Florida on November 30, 2010

**Robert A Mark**
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
### www.flsb.uscourts.gov

Case Number: 10−38255−RAM

Chapter: 13

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Aseley E Avrilien
14430 NW 13 Ave
Miami, FL 33167

SSN: xxx−xx−3372

## ORDER DISCHARGING TRUSTEE AND CLOSING CASE

An order dismissing the above named case has been entered. The trustee, Nancy N Herkert, having filed a final report, is discharged and this case is closed.

# # #

The clerk shall serve a copy of this order on the Debtor, Attorney for Debtor and Trustee.

# CERTIFICATE OF NOTICE

```
District/off: 113C-1          User: riosa              Page 1 of 1             Date Rcvd: Dec 01, 2010
Case: 10-38255                Form ID: CGFD33          Total Noticed: 1

The following entities were noticed by first class mail on Dec 02, 2010.
db           +Aseley E Avrilien,   14430 NW 13 Ave,   Miami, FL 33167-1137

The following entities were noticed by electronic transmission.
NONE.                                                                                         TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 02, 2010**          Signature:   _Joseph Speetjens_